HENRY S. PETTIT, Appellant, *v.* THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN et al., Respondents.

*Pettit* v. *Trustees, etc., of Brookhaven,* 158 App. Div. 946, affirmed.
(Argued October 13, 1915; decided November 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 3, 1913, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to restrain the construction of a highway over land which the plaintiff claims to own in fee and to quiet title to said land.

*Wilmot T. Cox* for appellant.

*George H. Furman* and *John R. Vunk* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.